# Third District Court of Appeal

## State of Florida

Opinion filed June 4, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2117
Lower Tribunal No. 25-6266-CA-01
_____


**Glasstream Powerboats, LLC, etc.,**
Appellant,

vs.

**Scott Collman,**
Appellee.



An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Jason Emilios Dimitris, Judge.

Wilson Elser Moskowitz Edelman & Dicker LLP, and Gustavo Martinez Tristani, for appellant.

Joseph J. Portuondo, for appellee.


Before LINDSEY, LOBREE, and GOODEN, JJ.

PER CURIAM.

Affirmed.